Sean Alexander Harris
Reg. No. 11537-509
FCI TEXARKANA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX  75505

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 2 4 2022

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

**UNITED STATES DISTRICT COURT**
**Northern District of Texas (Fort Worth)**

| | |
|---|---|
| SEAN ALEXANDER HARRIS, | Case Number: **4:20-cr-00305-O-1** |
| Plaintiff(s), | |
| vs. | DECLARATION OF SEAN HARRIS IN SUPPORT OF PETITIONER'S TITLE 28 USC Section 2255 PETITION |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

I, SEAN HARRIS, Reg. No. 11537-509, am over the age of 18 years old, and I declare as follows:

1.  I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.  I state that Counsel visited me one or two times at the County Jail.

3.  Petitioner was never informed by counsel of any plea negotiations, investigations, evidence, sentencing guidelines, Petitioner's offense level, or explain the substance of the PSR to Petitioner. Petitioner is unaware of the substance of Objections filed challenging the information in the PSR, failed to properly and effectively consult with Petitioner to apprise and inform Petitioner of the benefits of pleading guilty or opting to trial.

4.  Counsel failed to show and explain the evidence against Petitioner.

5. Counsel failed to engage in investigative procedures to determine the accuracy of the total amount attributed to Petitioner: the amount of substances, drugs, etc.

DECLARATION OF SEAN HARRIS'S IN SUPPORT OF PETITIONER'S TITLE 28 USC
Section 2255 PETITION CASE NO. **4:20-cr-00305-O-1**

6. Counsel intentionally and deliberately provided defective, deceptive and inaccurate advice to Petitioner in order to coerce and mislead Petitioner into pleading guilty.

7. Counsel abandoned Petitioner's best interests during the pretrial and following phases. Counsel was being inconsistent with time frames 5 years, ten years, 20 years and so forth, and life. Did not challenge the prior conviction of Marihuana.

8. In one occasion, Counsel did not visit Petitioner and sent a colleague to obtain a signature for a document that was not explained to Petitioner.

9. Had Counsel properly advised, apprised and informed Petitioner of all the facts, information, and evidence of the case Petitioner would not have pleaded guilty and instead proceeded to trial, or engaged in plea negotiations to obtain a favorable plea offer.

10. Counsel failed to challenge and explain the Ghost Dope attributed to Petitioner and properly identify the substance attributed to Petitioner. Petitioner was attributed with meth which is incorrect.

11. Petitioner states that Counsel directed Petitioner to enter a plea of guilty and to agree to everything. Counsel led Petitioner to believe that Petitioner would be sentenced to seized in controlled substances.

12. The Sentencing Disparity between Co-defendants violated Petitioner's due process rights.

13. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 30, 2021.

Dated this 7th day of March of 2022.

Sean Alexander Harris
Reg. No. 11537-509
FCI TEXARKANA
FEDERAL CORRECTIONAL
INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505

DECLARATION OF SEAN HARRIS'S IN SUPPORT OF PETITIONER'S TITLE 28 USC Section 2255 PETITION CASE NO. **4:20-cr-00305-O-1**